UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 26, 2014

No. 13-1944

GEORGE ACUPANDA CADAPAN,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Respondent

(Agency No. A077-045-577)

Present:  RENDELL, SMITH and HARDIMAN, Circuit Judges

1. Respondent's Motion for Publication of the Court's March 20, 2014 Opinion;

2. Petitioner's Response to Respondent's Motion for Publication.

Respectfully,
Clerk/smw

_____ORDER_____
The foregoing motion to reissue the opinion as a precedential opinion is granted.


By the Court,


s/ MARJORIE O. RENDELL
Circuit Judge


Dated: May 9, 2014
Smw/cc:      Valerie A. Burch, Esq.
             Carmel A. Morgan, Esq



**A True Copy:**

Marcia M. Waldron

Marcia M. Waldron, Clerk